**CIVIL COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

USDC- GREENBELT
'25 AUG 8 PM 3:45

| | | |
|---|---|---|
| **VONNITA MURRAY** | * | REQUEST FOR EMERGENCY |
| Plaintiff | * | INJUNCTION AND |
| | * | DECLARATORY RELIEF AND |
| v. | * | COMPLAINT OF THEFT OF |
| | * | FUNDS TENDED TO CLERK |
| **THE STATE OF MARYLAND, et al** | | |
| Defendant | | |
| | * | Case # JRR 25CV2634 |

## I. INTRODUCTION

1. This is a civil action arising under state and federal law, including Article I, § 10, cl. 1 of the U.S. Constitution and the Uniform Commercial Code (UCC), for the refusal of public officials and state actors in Maryland to recognize, credit, or otherwise process a valid International Bill of Exchange ("IBOE") tendered by Plaintiff in good faith to discharge an obligation.

2. Despite acceptance of the instrument, Defendants have failed or refused to credit the account, extinguish the obligation, or provide evidence of dishonor pursuant to UCC Articles 3, 4, and 5.

## II. JURISDICTION AND VENUE

3. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), and § 1367 (supplemental jurisdiction).

4. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in Maryland.

## III. PARTIES

5. Plaintiff, Vonnita Murray, is a natural person residing in Prince George's County, Maryland.

6. Defendant, the **State of Maryland**, is a sovereign entity and may be sued under 42 U.S.C. § 1983 and other applicable waivers of sovereign immunity.

## IV. FACTS

7. On or about 21 October 2024, Plaintiff lawfully issued an International Bill of Exchange (IBOE) drawn in accordance with the Geneva Convention on Bills of Exchange, and UCC § 3-104, intending to satisfy an alleged debt or obligation.

8. The IBOE along with Memorandum of Law for IBOE was delivered in-person Prince George's County Circuit Court on 21 October 2024, an arm of the State of Maryland.

9. Said entity **accepted** the instrument by retaining it without return or protest within reasonable time under UCC § 3-501(b)(2).

10. Plaintiff received no confirmation of dishonor, no return of the instrument, nor any formal notice rejecting the tender.

11. Despite acceptance, the State has failed to credit the account, discharge the obligation, or treat the IBOE as a valid payment.

12. The State's failure to credit Plaintiff's account constitutes a **breach of contract**, **bad faith under UCC**, and **violation of due process**.

## V. CAUSES OF ACTION

### Count 1 – Violation of UCC Article 3 – Negotiable Instruments

13. The IBOE constitutes a negotiable instrument under UCC § 3-104.

14. By failing to act in good faith upon acceptance of the instrument, the State has breached its statutory obligations under the UCC.

**Count 2 – Violation of Article I, Section 10 of the U.S. Constitution**

15. The State has no authority to determine which lawful instruments it may selectively honor when federal or international law recognizes such tenders.

**Count 3 – Denial of Due Process (42 U.S.C. § 1983)**

16. The State's actions constitute arbitrary deprivation of property rights and contractual remedies without due process of law.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against Defendants as follows:

1. Declare that the Plaintiff's IBOE was a lawful tender and should have been processed or dishonored pursuant to law;
2. Order Defendants to provide full credit or discharge of the obligation referenced;
3. Award compensatory damages in the amount of $1,000,000;
4. Award punitive damages for bad faith and constitutional violations;
5. Grant such other and further relief as the Court deems just and proper.

**Grounds for Injunction**

The Plaintiff seeks an injunction on the grounds that:

1. The Defendant will suffer immediate and irreparable harm if the Order is allowed to be enforced.
2. There is no adequate remedy at law.
3. After hearing, issue a **Preliminary Injunction** barring enforcement of the Order pending resolution of this matter on the merits.

*Vonnita Murray*, UCC 1-308
Vonnita Murray

Date: 07 August 2025

3 of 3

c/o 13601 Hebron Lane
Upper Marlboro, MD
20774

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of August 2025, a copy of the foregoing Civil Complaint was sent via United States Postal Service (USPS) to by mailing to recipient (s) noted below:

The State of Maryland, et al
Prince George's County,
Circuit Court
14735 Main Street
Upper Marlboro, MD 20772

_____ Donita Murray, UCCI-308
Signature